# Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Houzz mobile application ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., lights, chairs, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as lights, chairs, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br><br><br>https://web.archive.org/web/20220104003742/https://play.google.com/store/apps/details?id=com.houzz.app |



https://web.archive.org/web/20220104003742/https://play.google.com/store/apps/details?id=com.houzz.app



https://www.houzz.com/magazine/inside-houzz-find-products-for-your-home-with-visual-match-stsetivw-vs~73421107



https://play.google.com/store/apps/details?id=com.houzz.app

https://www.tomhacohen.com/product-design/project-two-exr6c



pointing and identification device

https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., lights, chairs, etc.).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is used by the accused product to search across Houzz's shop and present similar products to the user. |
| --- | --- |



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c

| the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing and identification device at the object; | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., snap button to search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., lights, chairs, etc.).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a light, etc.), and clicks on a snap button, an image of the pointed-at object is clicked. The object is then identified by the accused product and searched across the Houzz's shop. Similar products are then identified and presented to the user. |



https://www.tomhacohen.com/product-design/project-two-exr6c

https://web.archive.org/web/20220104003742/https://play.google.com/store/apps/details?

id=com.houzz.app



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object and actuates the at least one actuation means; | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., lights, chairs, etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., lights, chairs, etc.) and actuates the at least one actuation means (e.g., snap button to capture and search for an object).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a light, chairs, etc.), and clicks on a snap button, an image of the pointed-at object is clicked. The object is then identified by the accused application and searched across Houzz's shop. Similar products are then identified and presented to the user. |



https://www.tomhacohen.com/product-design/project-two-exr6c

https://web.archive.org/web/20220104003742/https://play.google.com/store/apps/details?

id=com.houzz.app



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c

| | |
|---|---|
| and a communication device for communicating the digital image to a | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Houzz's server) when the user actuates the at least one actuation means (e.g., snap button to capture and search for an object). |

| | |
|---|---|
| different location when the user actuates the at least one actuation means; | As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is searched across Houzz's shop database located at Houzz's server (e.g., different location) by the accused product to identify and present similar products to the user.<br><br><br><br>https://www.tomhacohen.com/product-design/project-two-exr6c |



communication device

odeling or decorating, Houzz has you covered.

Your Home

n high-resolution photos of home interiors and ex

https://play.google.com/store/apps/details?id=com.houzz.app



actuation means

https://web.archive.org/web/20220104003742/https://play.google.com/store/apps/details?id=com.houzz.app



digital image

https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.houzz.com/press/554/Home-Renovation-Boom-Continues-Houzz-Survey-Finds

https://www.houzz.com/privacyPolicy

| (b) communicating the digital image to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Houzz's server).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is |

then used by the accused product to search across the Houzz's shop database located at Houzz's server (e.g., different location). Similar products are then identified and presented to the user.



https://play.google.com/store/apps/details?id=com.houzz.app



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.houzz.com/press/554/Home-Renovation-Boom-Continues-Houzz-Survey-Finds

https://www.houzz.com/privacyPolicy

| (c) automatically identifying a list of likely pointed-to objects from the digital image at the | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Houzz's server) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image). |

| | |
|---|---|
| different location to return the list of likely pointed-to objects; and | As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched across Houzz's shop database located at Houzz's server (e.g., different location) by the accused product. Products similar to the object in the image are identified and presented to the user. The user can thereafter view and buy these products.<br><br><br><br>https://play.google.com/store/apps/details?id=com.houzz.app |



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.houzz.com/press/554/Home-Renovation-Boom-Continues-Houzz-Survey-Finds

https://www.houzz.com/privacyPolicy



https://www.tomhacohen.com/product-design/project-two-exr6c

| (d) returning the list of likely pointed-to objects to the user to select one of the likely pointed-to objects; | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product, by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched across the Houzz's shop by the accused product. Products similar to the object in the image, are identified and presented to the user. The user can thereafter view and buy these products. |



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c

| wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, | The accused product practices - wherein the object (e.g., lights, chairs, etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as a chair, lights, etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. |

| | |
|---|---|
| an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space | This digital image is then analysed by the accused product to identify objects. Among multiple objects (e.g., lights, chairs, etc.) identified in the image, the user can select to search for a specific object (e.g., chair). Products similar to the selected object are then searched. These products are then presented to the user to view and buy.<br><br><br><br>https://play.google.com/store/apps/details?id=com.houzz.app |



https://www.tomhacohen.com/product-design/project-two-exr6c



plurality of objects in the displayed image

https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c



https://www.tomhacohen.com/product-design/project-two-exr6c